# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 12-14V
Filed: October 6, 2014

\* \* \* \* \* \* \* \* \* \* \* \* \*
CHELSEA D. BARR, parent and
natural guardian of E.R.B.,

         Petitioner,

    v.

SECRETARY OF HEALTH AND
 HUMAN SERVICES,

         Respondent.
\* \* \* \* \* \* \* \* \* \* \* \* \*

UNPUBLISHED

Special Master
Hamilton-Fieldman

Decision on Attorneys' Fees and Costs;
Reasonable Amount Requested to
which Respondent Does Not Object.

Robert Joel Krakow, Law Office of Robert J. Krakow, P.C., for Petitioner.
Claudia Barnes Gangi, U.S. Department of Justice, Washington, DC, for Respondent.

### DECISION[1] (ATTORNEY FEES AND COSTS)

     In this case under the National Vaccine Injury Compensation Program,[2] the undersigned issued a dismissal decision on June 18, 2014. On October 6, 2014, the parties filed a Stipulation for Attorneys' Fees and Costs. This stipulation requests a total payment of $24,639.96, representing total attorneys' fees and costs. Pursuant to General Order #9, the stipulation reflects that Petitioner incurred no costs in pursuit of his claim.

---

[1] The undersigned intends to post this unpublished decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party (1) that is trade secret or commercial or financial information and is privileged or confidential, or (2) that are medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of privacy." Otherwise, "the entire" decision will be available to the public. *Id.*

[2] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

The undersigned finds that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, the undersigned hereby awards the amount of $24,639.96, in the form of a check made payable jointly to Petitioner and Petitioner's counsel, Robert J. Krakow, of the Law Office of Robert J. Krakow, P.C.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.

**IT IS SO ORDERED.**

s/Lisa D. Hamilton-Fieldman
Lisa D. Hamilton-Fieldman
Special Master